UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
SQUIRES FINE JEWELRY LIMITED individually,
and as Successor to HUNTINGTON SQUARE
JEWELERS INC. and MARK D. COHEN,

                       Plaintiffs,          JUDGMENT

v.                                            23-cv-00244-AMD-ARL
                                               **Associated Cases:**
                                               2:23-cv-00244-AMD-ARL,
                                             23-cv-00308-AMD-ARL

THE COUNTY OF SUFFOLK,

                       Defendant.
----------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on May 15, 2023; and defendant The County of Suffolk, having offered to allow entry of judgment to be taken against them and in favor of Plaintiffs, Squires Fine Jewelry Limited, individually and as successor to Huntington Square Jewelers, Inc., and Mark D. Cohen in the amount of Twenty-Four Thousand Dollars ($24,000), inclusive of attorney's fees, together with costs accrued to date, in full satisfaction of all of Plaintiffs' monetary claims for relief; it is

       ORDERED and ADJUDGED that judgment is entered in favor of Plaintiffs, Squires Fine Jewelry Limited, individually and as successor to Huntington Square Jewelers, Inc., and Mark D. Cohen and against defendant The County of Suffolk in the amount of Twenty-Four Thousand Dollars ($24,000), inclusive of attorney's fees, together with costs accrued to date, in full satisfaction of all of Plaintiffs' monetary claims for relief.

Dated: Brooklyn, New York                                  Brenna B. Mahoney
        May 19, 2023                                           Clerk of Court

                                                          By:   */s/Jalitza Poveda*
                                                                  Deputy Clerk